1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,           Case No. 1:23-cr-00122-JLT

12                 Plaintiff,             **DETENTION ORDER**

13         v.                             (Violation of Supervised Release)

14    ANDREW DANIEL HODGES,

15                 Defendant.

16

17    The defendant having been arrested for alleged violation(s) of the terms and conditions of his
18    supervised release; and

19    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure
      32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

20

21    [X]   The defendant has not met defendant's burden of establishing by clear and convincing
            evidence that defendant is not likely to flee; and/or

22

23    [X]   The defendant has not met defendant's burden of establishing by clear and convincing
            evidence that defendant is not likely to pose a danger to the safety of any other person
            or the community if released under 18 U.S.C. § 3142(b) or (c).

24

      This finding is based on the reasons stated on the record.

25

26    IT IS SO ORDERED.

27    Dated:   **February 22, 2024**        _____
                                            UNITED STATES MAGISTRATE JUDGE

28