UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW DANIEL HODGES,<br><br>Defendant. | Case No.:  1:23-CR-00122-001 JLT<br><br>ORDER OF RELEASE |

Mr. Hodges has been sentenced on April 1, 2024, to Time Served, with release delayed to April 2, 2024. The Court also ordered that he engage in substance abuse treatment at Westcare California, an inpatient facility located in Fresno, California.  Thus, the Court **ORDERS**:

1. The defendant shall be released on Tuesday, April 2, 2024 at 8:00am, to Probation Officer Daniel Alejandro or Probation Officer Adam Tunsion, for transportation to Westcare.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

UNITED STATES DISTRICT JUDGE